UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____X

| | |
|---|---|
| PATRICK WALSH, | CIVIL ACTION |
| Plaintiff | NO. |
| VS. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, | |
| Defendant | |

_____X

## COMPLAINT

1. The plaintiff brings this action against the defendant for violations of the Family and Medical Leave Act (FMLA).

## JURISDICTION

2. This Court has subject matter jurisdiction in this case pursuant to the Family and Medical Leave Act 29 U.S.C. § 2601 *et seq.* and 28 U.S.C. § 1331. Venue properly lies in this Court pursuant to 28 U.S.C. § 1391(b) and (c).

## PARTIES

3. The plaintiff is of Stratford, Connecticut.

4. The defendant, National Railroad Passenger Corporation (hereinafter referred to as "Amtrak"), is a citizen of Washington, D.C. and has its principal place of business at 60 Massachusetts Avenue, N.E. Washington, D.C. 20002.

5.  The plaintiff was employed by Amtrak from July 2000 to February 8, 2006.  From 2004 to February 8, 2006, the plaintiff was Amtrak's Superintendent of Amtrak's Mechanical Department at Sunnyside Yard in Queens, New York.

**First Count:  Violations of the Family And Medical Leave Act
29 U.S.C. § 2601 et seq.**

6.  The plaintiff adopts by reference and realleges each and every allegation set forth in paragraphs 1 through 5 of this Complaint with the same force and effect as if set forth under this cause of action.

7.  Amtrak was required to comply with the FMLA.

8.  In or about January 23, 2006, the plaintiff was eligible for FMLA leave and informed his supervisor that he needed to take several days off to assist his wife with her sudden serious health condition.

9.  Amtrak violated the FMLA by interfering, restraining or denying the exercise or attempt to exercise the plaintiff's FMLA rights.

10.  Amtrak violated the FMLA by discharging the plaintiff, in whole or in part, for exercising his FMLA rights.

11. Amtrak violated the FMLA by intimidating him and retaliating against him for attempting to exercise or for exercising his FMLA rights.

12.  Amtrak violated the FMLA by discriminating against him because he exercised or attempted to exercise his FMLA rights.

13.  Amtrak fired the plaintiff on or about February 8, 2006 for exercising or attempting to exercise his FMLA rights.

14. The plaintiff seeks damages for (1) lost wages, (2) lost employment benefits, (3) interest, (4) liquidated damages, (5) reasonable attorneys' fees, (6) costs; and (7) the plaintiff seeks equitable relief.

WHEREFORE, in order to fairly and justly compensate the injured plaintiff and thereby promote the free exercise of FMLA rights on the defendant Railroad, plaintiff demands a jury verdict and a money judgment against the defendant Railroad in addition to any further relief which the Court deems just and equitable.

<u>PLAINTIFF DEMANDS TRIAL BY JURY</u>.

By his attorney,

By *[signature]*
Scott E. Perry
CAHILL, GOETSCH & MAURER P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000
ct017236